STEPHANIE M. HINDS (CABN 149604)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CASEY BOOME (NYBN 5101845)
KEVIN RUBINO (CABN 255677)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7291
    FAX: (415) 436-7234
    Casey.Boome@usdoj.gov
    Kevin.Rubino@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 17-CR-00093 WHA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FINDING MARCUS ETIENNE AND MARIO ROBINSON IN CRIMINAL CONTEMPT OF COURT UNDER FED. R. CRIM. P. 42(b)** |
| v. | |
| MARCUS ETIENNE, and MARIO ROBINSON | |
| Defendants. | |

    It is hereby stipulated by and between counsel for the United States and counsel for the defendants Marcus Etienne and Mario Robinson:

    On April 15, 2022, the government issued a subpoena to Marcus Etienne and Mario Robinson to appear and testify in the trial of Burte Gucci Rhodes. That trial was scheduled to begin on June 6, 2022.

    On April 19, 2022, counsel for Etienne and Robinson informed the Court that Etienne and Robinson would refuse to testify in response to the subpoena. Dkt. 621.

[PROPOSED] ORDER OF CRIMINAL CONTEMPT
17-CR-00093 WHA                                       0

On June 6, 2022, the first day of trial, Etienne and Robinson were brought to Court by the Marshals. The Court informed both Etienne and Robinson of their obligation to testify and that the Court would grant them immunity against the use of their testimony in a future prosecution. The Court also informed them that it would find them in contempt if they refused to testify. Both Etienne and Robinson refused to testify.

The Court ordered that both Etienne and Robinson be held in civil contempt for the duration of the trial, unless and until they complied with their obligation to testify.

The trial concluded on Monday, June 13, 2022, without either Etienne and Robinson agreeing to testify.

**IT IS SO STIPULATED.**

DATED: July 8, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

 /s/ *Kevin Rubino*
KEVIN RUBINO
CASEY BOOME
Assistant United States Attorneys

DATED: July 8, 2022

/s/
SHAFFY MOEEL
Attorney for Defendant
MARIO ROBINSON

DATED: July 8, 2022

/s/
DARLENE BAGLEY COMSTEDT
Attorney for Defendant
MARCUS ETIENNE

[~~PROPOSED~~] ORDER OF CRIMINAL CONTEMPT
17-CR-00093 WHA                           1

**[PROPOSED] ORDER**

For their failure to comply with the Court's Order to testify, the Court finds that Etienne and Robinson committed criminal contempt. Under Fed. R. Crim. P. 42(b), the Court imposes a sentence of six months imprisonment to run consecutive to their current federal sentences.

**IT IS SO ORDERED.**

DATED: July 18, 2022

_____
HON. WILLIAM ALSUP
United States District Court Judge